**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELENA NACARINO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WYNN RESORTS HOLDINGS, LLC,<br><br>Defendant. | Case No. 3:26-cv-03963-WHO<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Hon. Honorable William H. Orrick |

After considering the Joint Stipulation Setting Briefing Schedule filed by Plaintiff Elena Nacarino ("Plaintiff") and Defendant Wynn Resorts Holdings, LLC ("Defendant"), the Court hereby ORDERS:

The Joint Stipulation is **GRANTED.**

Plaintiff's opposition to Defendant's Motion or amended complaint is due September 14, 2026.

Defendant's reply in support of its motion to dismiss, should Plaintiff oppose Defendant's Motion, is due October 5, 2026.

Defendant's response to Plaintiff's amended complaint, should Plaintiff choose to amend her Complaint, is due October 14, 2026.

Defendant's Motion shall be heard on November 18, 2026, at 2:00 P.M., or another later date convenient for the Court.

DATED:August 10, 2026

WILLIAM H. ORRICK
United States District Judge