**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10106
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
E-mail: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Stefan Bogdanovich (State Bar No. 324525)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: sbogdanovich@bursor.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELENA NACARINO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WYNN RESORTS HOLDINGS, LLC,<br><br>Defendant. | Case No. 3:26-cv-03963-WHO<br><br>**PLAINTIFF'S NOTICE OF ERRATA**<br><br>Date: November 18, 2026<br>Time: 2:00 p.m.<br>Place: Courtroom 2, 17th Floor<br>Before: Hon. William H. Orrick |

Plaintiff Elena Nacarino respectfully submits this Notice of Errata regarding her Opposition to Defendant's Motion to Dismiss (ECF No. 30). A corrected version of the Opposition, incorporating each of the corrections identified below, is attached hereto as Exhibit A.

**Pages 2-3.** The quotation ending "'sensitive medical or financial information'" is followed by the citation "*Id.*" The quotation is accurate, but the correct citation is "*Popa*, 153 F.4th at 791."

**Page 22.** The quotation beginning "'The procurer of an interception has indeed engaged in a violation of § 2511(a)'" is followed by the citation "*Id.*" The quotation is accurate, but the correct citation is *Valentine v. WideOpen W. Fin., LLC*, 288 F.R.D. 407, 412 n.3 (N.D. Ill. 2012).

**Page 23.** The citation to *E.H. & V.P. v. Lifelong Adoptions, Inc.*, 2026 WL 2138062 (E.D. Cal. July 24, 2026), omits the pincite. It should read "2026 WL 2138062, at *10 (E.D. Cal. July 24, 2026)."

Dated: September 15, 2026

**BURSOR & FISHER, P.A.**

By: <u>/s/ *Stefan Bogdanovich*</u>

Stefan Bogdanovich (State Bar No. 324525)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: sbogdanovich@bursor.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
E-mail: pfraietta@bursor.com

*Attorneys for Plaintiff*