LATHAM & WATKINS LLP
Serrin Turner (*pro hac vice*)
*serrin.turner@lw.com*
Ben Harris (Bar No. 338340)
*ben.harris@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200

Bradley M. Baglien (*pro hac vice*)
*brad.baglien@lw.com*
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200

*Attorneys for Defendant*
*Wynn Resorts Holdings, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELENA NACARINO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WYNN RESORTS HOLDINGS, LLC,<br><br>Defendant. | Case No. 3:26-cv-03963-WHO<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT WYNN RESORTS HOLDINGS, LLC TO REPLY TO THE OPPOSITION TO THE MOTION TO DISMISS PURSUANT TO CIVIL LOCAL RULE 6-2**<br><br>Judge: Hon. William H. Orrick |

Pursuant to Civil Local Rule 6-2, Plaintiff Elena Nacarino ("Plaintiff") and Defendant Wynn Resorts Holdings, LLC ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff served Defendant with a copy of Plaintiff's Class Action Complaint on June 2, 2026;

WHEREAS, the parties stipulated to extend Defendant's deadline to respond to the Complaint to August 3, 2026 (ECF No. 13);

WHEREAS, on August 3, 2026, Defendant moved to dismiss the Complaint (ECF No. 21, as corrected by ECF No. 25) (the "Motion");

WHEREAS, pursuant to a stipulated briefing schedule so-ordered by the Court, Plaintiff filed her opposition to the Motion on September 14, 2026 (ECF No. 30);

WHEREAS, pursuant to the same briefing schedule, Defendant's reply is currently due October 5, 2026;

WHEREAS, due to a family medical emergency affecting the availability of an attorney on Defendant's counsel team, Defendant needs additional time to file its reply;

WHEREAS, counsel for Plaintiff and Defendant have met and conferred and have agreed that Defendant's deadline to reply should be extended by four days, to October 9, 2026;

WHEREAS, this extension will not affect the hearing on the Motion, which is scheduled for November 18, 2026, well more than 14 days after the proposed extended deadline, and will not otherwise affect the schedule for the case;

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the Parties, that Defendant's deadline to reply should be extended to October 9, 2026.

Dated: September 28, 2026

By: <u>*/s/ Serrin Turner*</u>
LATHAM & WATKINS LLP
Serrin Turner (*pro hac vice*)
*serrin.turner@lw.com*
Ben Harris (Bar No. 338340)
*ben.harris@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200

Bradley M. Baglien (*pro hac vice*)
*brad.baglien@lw.com*
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200

*Attorneys for Defendant*
*Wynn Resorts Holdings, LLC*

-and-

*/s/ Philip L. Fraietta*

Philip L. Fraietta
**BURSOR & FISHER, P.A.**
50 Main Street, Suite 475
White Plains, NY 10106
(914) 874-0708
pfraietta@bursor.com

Stefan Bogdanovich
**BURSOR & FISHER, P.A.**
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
(952) 300-4455 sbogdanovich@bursor.com

*Counsel for Plaintiff*

## ATTESTATION PURSUANT TO LOCAL RULE 5-1

I, Serrin Turner, am the ECF user whose identification and password are being used to file this document. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the other signatories hereto.

Dated: September 28, 2026

By: */s/ Serrin Turner*
Serrin Turner

**ORDER**

Having considered the Stipulation For Extension of Time For Defendant Wynn Resorts Holdings, LLC to Reply to the Opposition to the Motion to Dismiss Pursuant to Civil Local Rule 6-2 and accompanying declaration, and for good cause as shown, the Court orders as follows:

Wynn's deadline to reply to the Opposition is now October 9, 2026.

**IT IS SO ORDERED.**

Dated: September 29, 2026

By: ______________________
Hon. William H. Orrick
United States District Judge